UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOANITA ADAMS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FEDERAL WAY, et al.,<br><br>　　　　　　　Defendants. | No. C11-995 RSL<br><br>ORDER STRIKING MOTION TO<br>SUBMIT SUMMARY BRIEF |

　　　　This matter comes before the Court *sua sponte*. On August 26, 2011, plaintiff filed a "Motion of [sic] Submit Summary Brief." Dkt. #24. The Court is unclear of the purpose of the motion, however, it appears to be a motion regarding admissibility of evidence at trial. This motion is premature and violates the Federal Rules of Civil Procedures. The Court encourages pro se plaintiff to review the Federal Rules of Civil Procedure before filing any additional motions. For all the foregoing reasons, the Court STRIKES plaintiff's motion to submit a summary brief.

　　　　DATED this 30th day of August, 2011.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER STRIKING MOTION - 1