UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
LOANITA ADAMS,                      )
                                    )   No. C11-0995RSL
            Plaintiff,              )
      v.                            )   ORDER GRANTING DEFENDANTS
                                    )   SCHMIDT'S AND SANT'S MOTION
CITY OF FEDERAL WAY, *et al.*,      )   TO DISMISS
                                    )
            Defendants.             )
_____)

This matter comes before the Court on "Defendant Officers Schmidt's and Sant's Motion to Dismiss Federal Claims." Dkt. # 78. Plaintiff alleges that the officers were dispatched to her residence to investigate an altercation between plaintiff and her daughter. The officers, after observing the injuries to both parties and questioning the participants and a third-party witness, arrested plaintiff. Plaintiff asserts claims of negligent investigation, false arrest, and unlawful detainment. In her response memorandum, plaintiff argues that the officers should have realized that the eye witness was inebriated and/or should have understood that plaintiff was simply "trying to maintain her title (As a Authoritative Parenting Style) in discipline to which had gotten out of control with physical violence . . . ." Dkt. # 84 at 4.[1]

---

[1] In her sur-replies, plaintiff states that she has a "theory on retaliation after filing a complaint." Dkt. # 89. See also Dkt. # 91 at 4. Even if plaintiff could assert a due process claim arising out of conduct that is clearly governed by the Fourth Amendment, she has not alleged any facts suggesting that Officers Schmidt and Sant were aware of or motivated by her prior complaint.

ORDER GRANTING DEFENDANTS SCHMIDT'S
AND SANT'S MOTION TO DISMISS

The Court construes plaintiff's various claims as an assertion that the officers lacked probable cause to arrest her in violation of the Fourth Amendment. Nevertheless, the allegations of the complaint fail to state a claim under 42 U.S.C. § 1983. Plaintiff does not dispute that she assaulted her daughter, but suggests that she was privileged to do so, either because she was within her rights as a parent or because she was acting in self defense. Based on her own admissions and their investigation at the scene, the officers could reasonably conclude that "there was a fair probability that [plaintiff] had committed a crime." Hart v. Parks, 450 F.3d 1059, 1066 (9th Cir. 2006). Officers responding to a 911 call are not tasked with determining whether plaintiff would ultimately be able to prove her innocence or a defense to the charge. Because probable cause existed to arrest plaintiff, she cannot establish her Fourth Amendment claim(s).

For all of the foregoing reasons, Officers Schmidt's and Sant's motion to dismiss is GRANTED. Plaintiff's claims against the officers are hereby DISMISSED with prejudice.

Dated this 7th day of May, 2012.

Robert S. Lasnik
United States District Judge